UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN P. CHAVEZ,

                Plaintiff,

     -against-

DHS CHAIN/COMMAND,

                Defendant.

21-CV-7259 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued November 4, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit an amended complaint and to either pay the $402.00 in filing fees or submit an amended request to proceed *in forma pauperis*. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 4, 2021
             New York, New York

                                  /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                  Chief United States District Judge