UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN P. CHAVEZ, et al.,<br><br>                              Plaintiffs,<br><br>-against-<br><br>DHS CHAIN/COMMAND, et al.,<br><br>                              Defendants. | 21-CV-7259 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued December 7, 2021, dismissing the amended complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the amended complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). The action is dismissed with prejudice as to Juan Chavez, and without prejudice as to Julius Smith, Thomaseral Lyons, Ernest Johnson, Liam Pleasante, and Mario Doe.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiffs and note service on the docket.

SO ORDERED.

Dated:   December 7, 2021
         New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge